

# NUMBER 13-20-00376-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON
SUBSCRIBING TO POLICY NO.
NAJL05000016-H87                                                    Appellant,

v.

MAYSE & ASSOCIATES, INC.                                           Appellee.

### On appeal from the 343rd Judicial District
### of Aransas County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Longoria

This matter is before the Court on its own motion. The appellant's brief in the above

cause was due on June 9, 2020.   On December 7, 2020, the Clerk of the Court notified

appellant that the order appellant is attempting to appeal is not appealable. On December 28, 2020, the Court received a letter from appellant's counsel indicating appellant will not continue to pursue the appeal of the order granting the motion to strike, motion to modify, and motion for reconsideration signed on August 24, 2020 which was the order at issue in this appeal. Furthermore, appellant has not taken any action to prosecute this appeal since the letter.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

NORA L. LONGORIA
Justice

Delivered and filed on the
25th day of February, 2021.